IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JOHNNY EUGENE JOHNSON,                                      Civ. No. 2:25-cv-1905-AP

      Plaintiff,                                                              ORDER

      v.

WARREN ROBERTS, et al.,

      Defendants.

_____

MCSHANE, Judge:

Magistrate Judge Amy Potter filed a Findings and Recommendation, ECF No. 48, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Potter's Findings and Recommendation, ECF No. 48, is adopted in full. Dr. Roberts's Motion to Dismiss, ECF No. 25, is DENIED.

IT IS SO ORDERED.

DATED this 28th day of July 2026.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge


1 – ORDER